1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL R. SCOTT,

11              Petitioner,                    No. CIV S-07-2729 LKK JFM P

12         vs.

13    M.C. KRAMMER, Warden,

14              Respondent.               <u>FINDINGS & RECOMMENDATIONS</u>

15    _____/

16         By an order filed January 25, 2008, petitioner was ordered to file a new

17    application to proceed in forma pauperis or pay the required filing fee within thirty days and was

18    cautioned that failure to do so would result in a recommendation that this action be dismissed.

19    The thirty day period has now expired, and petitioner has not responded to the court's order and

20    has not filed a new application to proceed in forma pauperis.  Accordingly, IT IS HEREBY

21    RECOMMENDED that this action be dismissed without prejudice.

22         These findings and recommendations are submitted to the United States District

23    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24    days after being served with these findings and recommendations, petitioner may file written

25    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2 F.2d 1153 (9th Cir. 1991).

3 DATED:  March 6, 2008.

4

5

6 UNITED STATES MAGISTRATE JUDGE

7 /001;scot2729.fff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26