IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. SCOTT,

    Petitioner,                  No. CIV S-07-2729 LKK JFM P

    vs.

M.C. KRAMMER, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 7, 2008, the undersigned issued findings and recommendations recommending this action be dismissed based on petitioner's failure to file a new application to proceed in forma pauperis or pay the required filing fee. On March 19, 2008, petitioner paid the filing fee. Accordingly, the March 7, 2008 findings and recommendations will be vacated.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The March 7, 2008 findings and recommendations are vacated.

1

1          2.  Respondents are directed to file an answer within forty-five days from the date
2 of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with
3 the answer any and all transcripts or other documents relevant to the determination of the issues
4 presented in the application.  Rule 5, Rules Governing Section 2254 Cases.
5          3.  Petitioner's traverse, if any, is due on or before thirty days from the date
6 respondents' answer is filed.
7          4.  The Clerk of the Court shall serve a copy of this order together with a copy of
8 petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant
9 Attorney General.
10 DATED:  March 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/scot2729.100f