IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SCOTT,<br><br>                    Petitioner,<br><br>   v.<br><br>M.C. KRAMMER, Warden,<br><br>                    Respondent. | CIV S-07-2729 LKK JFM P<br><br>**ORDER** |

Good cause appearing, it is hereby ordered that respondent's May 6, 2008 application is granted; respondent's response to petitioner's petition for writ of habeas corpus be filed on or before June 9, 2008.

Dated: May 28, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/scot2729.eot

1