IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SCOTT, | No. 2:07cv2729-LKK-JFM (PC) |
| Petitioner, | **ORDER** |
| v. | |
| M.C. KRAMMER, Warden, | |
| Respondent. | |

Respondent has filed a second application for extension of time in which an answer to the petition for writ of habeas corpus. Good cause appearing, it is hereby ordered that respondent's June 9, 2008 application is granted; respondent's answer to the petition for writ of Habeas corpus shall be filed on or before June 19, 2008.

DATED: June 10, 2008.

UNITED STATES MAGISTRATE JUDGE

/scot2729.eot2